# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

BRANDON COOK,

       Plaintiff,

  v.

SYNCHRONY BANK, *et al.*,

       Defendants.

                                     Civil Action 2:25-cv-1201
                                     Judge Michael H. Watson
                                     Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on Plaintiff's motion brought under Federal Rule of Civil Procedure 21 to drop from this matter Defendant Trans Union, LLC. (ECF No. 27.) For good cause shown, the motion is **GRANTED**. Plaintiffs' claims against Defendant Trans Union, LLC are hereby severed and dismissed with prejudice, and Defendant Trans Union, LLC is dropped from this action.

      **IT IS SO ORDERED.**

                                      /s/ *Chelsey M. Vascura*
                                      CHELSEY M. VASCURA
                                      UNITED STATES MAGISTRATE JUDGE