**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **Brandon Cook,** | Case No: 2:25-cv-01201-MHW-CMV |
| Plaintiff, | |
| v. | Judge MICHAEL H. WATSON |
| **Synchrony Bank, *et al.*,** | Magistrate CHELSEY M. VASCURA |
| Defendants. | |

**ORDER GRANTING PLAINTIFF'S MOTION TO DROP DEFENDANT
SYNCHRONY BANK ONLY**

This matter is before this Court on the Motion of Plaintiff Brandon Cook to drop Defendant Synchrony Bank only (ECF No. 33). This Motion is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 21, this Court **DROPS** and **DISMISSES WITH PREJUDICE** Plaintiff's claims against Defendant Synchrony Bank, with each party to bear its own costs and fees.

**IT IS SO ORDERED**.

s/ *Chelsey M. Vascura*
_____
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE