**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **Brandon Cook,** | Case No: 2:25-cv-01201-MHW-CMV |
| Plaintiff, | |
| v. | Judge MICHAEL H. WATSON |
| **Synchrony Bank,** *et al.,* | Magistrate CHELSEY M. VASCURA |
| Defendants. | |

---

### ORDER GRANTING PLAINTIFF'S MOTION TO DROP DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY

---

This matter is before this Court on the Motion of Plaintiff Brandon Cook to drop Defendant Equifax Information Services LLC <u>only</u>. (ECF No. 39.) For good cause shown, the Motion is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 21, this Court **DROPS** and **DISMISSES WITH PREJUDICE** Plaintiff's claims against Defendant Equifax Information Services LLC, with each party to bear its own costs and fees.

**IT IS SO ORDERED**.

s. *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE